# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA EYRE, | ) | No. CV 08-01842 SS |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration denying Plaintiff's application for disability benefits is REVERSED and the action is REMANDED to the Commissioner of the Social Security Administration.

DATED:   2/23/09   .                              /S/

                                          _____
                                          SUZANNE H. SEGAL
                                          UNITED STATES MAGISTRATE JUDGE